UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| BRUCE ALEXANDER | * | CIVIL ACTION NO. 17-1081 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| PRESIDENT DONALD TRUMP, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

**SUPPLEMENTAL REPORT AND RECOMMENDATION**

Before the undersigned magistrate judge, on reference from the District Court pursuant to 28 U.S.C. § 636(b)(1)(B), is a motion to dismiss under Fed. R. Civ. P. 12(b)(6) [doc. #21], filed by defendant, Henry Cotton in his official capacity as Mayor of the City of Bastrop ("Mayor Cotton "). On April 12, 2018, the undersigned entered a Report and Recommendation [doc. #42] recommending, in part, that the Court grant Mayor Cotton's motion. The undersigned has also concluded that it should also recommend that the Court DISMISS *sua sponte* Plaintiff's claims against Defendant, Louisiana Governor John B. Edwards ("Gov. Edwards").

Gov. Edwards did not join in Mayor Cotton's motion – no doubt, at minimum, because Gov. Edwards was never served. Nonetheless, Gov. Edwards is entitled to dismissal on the same basis as Mayor Cotton for the reasons set forth in the undersigned's Report and Recommendation [doc. #42]. *Lewis v. Lynn*, 236 F.3d 766, 768, 236 F.3d 766 (5th Cir. 2001) (where defending party establishes that plaintiff has no cause of action, the defense generally inures to the benefit of a non-appearing co-defendant).

The instant supplemental report and recommendation provides adequate notice to the parties. *McCoy v. Wade*, 2007 WL 1098738, *1 (W.D. La. Mar. 12, 2007) (citing *Magouirk v.*

*Phillips*, 144 F.3d 348, 359 (5th Cir.1998)).

For the above-stated reasons,

IT IS RECOMMENDED that plaintiff's claims against Gov. Edwards be DISMISSED, with prejudice. Fed. R. Civ. P. 12(b)(6).

Under the provisions of 28 U.S.C. §636(b)(1)(C) and FRCP Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

In Chambers, at Monroe, Louisiana, this 13th day of April 2018.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE