# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| BRUCE ALEXANDER | * | CIVIL ACTION NO. 17-1081 |
| --- | --- | --- |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| PRESIDENT DONALD TRUMP, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation [Doc. No. 42] and Supplemental Report and Recommendation [Doc. No. 43] are correct,

IT IS ORDERED that the motion to dismiss for lack of subject-matter jurisdiction [Doc. No. 30] filed by defendants, President Donald Trump and F.B.I. Director Christopher Wray, be GRANTED, and that plaintiff's claims against said defendants, be DISMISSED, without prejudice. Fed. R. Civ. P. 12(b)(1).

IT IS FURTHER ORDERED that the motion to dismiss for failure to state a claim on which relief can be granted [Doc. No. 21] filed by defendant, Henry Cotton, Mayor of the City of Bastrop, be GRANTED, and that plaintiff's claims against said defendant be DISMISSED, with prejudice. Fed. R. Civ. P. 12(b)(6).

IT IS FURTHER ORDERED that the request for reasonable attorney fees made by defendant, Henry Cotton, Mayor of the City of Bastrop, be GRANTED. 42 U.S.C. § 1988(b).

IT IS FURTHER ORDERED that plaintiff's claims against defendant, Gov. John B. Edwards be DISMISSED, with prejudice. Fed. R. Civ. P. 12(b)(6).

Monroe, Louisiana, this 25th day of April, 2018.

                                                TERRY A. DOUGHTY
                                                UNITED STATES DISTRICT JUDGE